FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2013 OCT -7 A 8:47

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No: 1:13-mj-606 |
| v. | ) |
| DAVID L. REED | ) Initial Appearance: October 28, 2013 |
| | ) |

CRIMINAL INFORMATION

Misdemeanor - 3882587

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 15, 2013, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, DAVID L. REED, did knowingly, willfully and unlawfully take and carry away, with intent to steal and purloin, property of another, property of the United States and any department or agency thereof, to wit: one (1) bracelet and (4) articles of women's clothing, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

(In violation of Title 18, United States Code, Section 641.)

Dana J. Boente
ACTING UNITED STATES ATTORNEY

By: /s/ James P. Curtin

Fort Belvoir, VA

Date October 3, 2013

James P. Curtin
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4390
Fax (703) 805-1042
james.p.curtin6.mil@mail.mil

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I mailed a true and accurate copy of the Criminal Information herein filed to David L. Reed at his address of record.

*[signature]*
Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186